IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER RICHARD JORSCH**
**#554023**                                                                                         **PLAINTIFF**

**VS.**                                         **4:21-CV-00065-BRW-JJV**

**FAULKNER COUNTY DETENTION CENTER; and**
**PAIGE, Unit 1, Sergeant**                                                         **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. Dismissal is a "strike," and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED, this 12th day of February, 2021.

Billy Roy Wilson_____<br>
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and (g).

1