IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER RICHARD JORSCH**
**#554023**                                                                                       **PLAINTIFF**

**VS.**                           **4:21-CV-00065-BRW-JJV**

**FAULKNER COUNTY DETENTION CENTER; and**
**PAIGE, Unit 1, Sergeant**                                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED, this 12th day of February, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1